**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Morgan Kukovec

                                       Plaintiff,

v.                                                         Case No.: 1:20−cv−04170

                                                                          Honorable John Z. Lee

TIKTOK, INC., et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 3, 2020:

       MINUTE entry before the Honorable John Z. Lee: This case has been consolidated with E.R. v. TikTok, 20C2810. Accordingly, this case is terminated. All future filings shall be made in 20C2810. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.